**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 13-cr-00124-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JESUS MOLINA,
a/k/a Jesus Arturo Gonzales-Molina,
a/k/a Arturo Gomez-Hernandez,

      Defendant.
_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

This matter is before the Court on the United States' Unopposed Oral Motion for

Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal

Procedure.  The Court having heard said motion at the Sentencing Hearing held on

September 4, 2013, hereby orders:

THAT Defendant's interest in the following:

1.     One Beretta, Cheetah pistol, serial number F40778Y, and

2.     One Weatherby, 22-250 rifle with an obliterated serial number,

is forfeited to the United States;

THAT pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary

Order of Forfeiture shall become final as to the Defendant at the time of sentencing and

shall be made part of the sentence and included in the judgment;

THAT the United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for at least 30 consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to  Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed;

THAT the Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings.  Fed. R. Crim. P. 32.2(e)(1); and

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

SO ORDERED this   5th   day of September, 2013.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
U.S. District Court Judge